ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 AUG 25 PM 4:04

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RUSSELL GAITHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-043 |
| | ) | |
| MS. ARCHAR; WARDEN BUTTS; | ) | |
| MS. CASON; DEANN MORRIS; | ) | |
| SGT. FARMER; NURSES at G.S.P. from | ) | |
| 1/28/14 to 2/13/14; MITZI HALL; | ) | |
| LT. O'NEAL; NURSE PULLIN; | ) | |
| MS. PUGH; MS. PRICE; | ) | |
| DR. COWENS; DR. AJIBADE; | ) | |
| WARDEN BRAD HOOKS; | ) | |
| OFFICER JORDAN; and | ) | |
| MR. WICKER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. nos. 24, 25, 26). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint without prejudice and **CLOSES** this civil action.

SO ORDERED this 25th day of August, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE